# United States Court of Appeals
## For the First Circuit

No. 18-2062

SCOTT JORDAN, JR.,

Plaintiff, Appellant,

v.

TOWN OF WALDOBORO; WILLIAM LABOMBARDE,
Waldoboro Chief of Police; LAWRENCE W. HESSELTINE, JR.,
Waldoboro Police Officer; JEFFERY FULLER,
Waldoboro Police Officer; ANDREW SANTHESON,
Waldoboro Police Officer,

Defendants, Appellees,

WALDOBORO POLICE DEPARTMENT,

Defendant.

**ERRATA SHEET**

The opinion of this Court issued on November 27, 2019, is amended as follows:

> On page 19, line 21, "Senior property" is replaced with "Senior's property"